Stephen M. Uthoff, State Bar No. 145206
E-mail: suthoff@uthofflaw.com
The Uthoff Law Corporation
401 E. Ocean Blvd., Suite 710
Long Beach, California 90802
562-437-4301
fax 562-437-4341

Attorneys for Plaintiff
MAERSK LINE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| MAERSK LINE, | ) |
|---|---|
| | ) Case No.  CV 08-540 GAF (AJWx) |
| Plaintiff, | ) |
| | ) |
| vs. | ) **IN ADMIRALTY** |
| | ) |
| SHONFELD'S (USA), INC. | ) **JUDGMENT** |
| | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Pursuant to the Stipulation for Entry of Judgment filed herein:

   IT IS ADJUDGED that Maersk Line recover from Shonfeld's (USA), Inc.  the sum of $110,838.71. and post-judgment interest pursuant to 28 U.S.C. § 1961(a).

Dated:  April 21, 2009

_____
Hon. Gary A. Feess
United States District Judge

1